DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL DEAN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00229 LJO |
|---|---|---|
| Plaintiff, | ) | ***SECOND AMENDED* STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;ORDER** |
| v. | ) | |
| MICHAEL DEAN JACKSON, | ) | Date:  October 15, 2010 |
| Defendant. | ) | Time:  9:00 A.M. |
| | ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference** hearing in the above-referenced matter now set for October 8, 2010, **may be continued to October 15, 2010, at 9:00 A.M.**

This continuance is requested by counsel for defendant based on scheduling issues. Defense counsel is scheduled to be out of town and will be unavailable for hearing on the date now set due to counsel's travel to, and attendance at, a memorial service; counsel is requesting that the hearing be continued one week to October 15, 2010. Assistant U.S. Attorney Dawrence Rice, Jr., has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, availability of counsel and the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a continuance.

BENJAMIN B. WAGNER
United States Attorney

DATED: October 6, 2010         By:  /s/ Dawrence Rice, Jr.
                                    DAWRENCE RICE, JR.
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: October 6, 2010         By:  /s/ Marc Days
                                    MARC DAYS
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    ALEJANDRO ORTEGA

**O R D E R**

The status conference hearing in the above-referenced matter is hereby continued to October 15, at 9:00 A.M. Good cause exists for the requested continuance.

IT IS SO ORDERED.

**Dated:   October 6, 2010**           /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE